## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S. District Court

                      ss:   New Haven, September 15, 2005

District of Connecticut

     Then and there by virtue hereof, I served the within named defendant, **YALE UNIVERSITY**, by leaving with and in the hands of Harold Rose, Associates General Counsel, who is duly authorized to accept service and who accepted service, a true and attested copy of the original Summons, Complaint, Civil Cover Sheet, Notice to Counsel, Order Re: Disclosure Statement, Order on Pretrial Deadlines and Helpful Hints for Counsel with my endorsement thereon.

ATTEST:

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
| | |
|---|---|
| Service Fee | $ 30.00 |
| Copies | 11.00 |
| Endorsements | .80 |
| Travel | 5.00 |
| | $ 46.80 |