UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | CIVIL NO.:  3:05 CV 01429 (AHN) |
| Plaintiff | : | |
| V | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | OCTOBER 13, 2005 |

### DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR MORE DEFINITE STATEMENT

Plaintiff's brief in opposition to defendant's motion for more definite statement addresses just one of the requests made by defense counsel; and the request which was addressed was one which defense counsel noted that he would not have pressed if it were not necessary to file a motion for more specific statement with respect to other paragraphs of the complaint.  Plaintiff's brief, aside from labeling defendant's motion as "ludicrous," fails to actually address the substance of the motion.  Specifically, defendant has requested that plaintiff identify the "female member of the faculty" who instructed the plaintiff to "keep her distance" from a "certain male graduate student."  As noted in defendant's brief, there are hundreds of faculty members at Yale University.

The fact that the plaintiff previously exhausted her administrative remedies does not alter the fact that defense counsel, who was not involved in the prior proceedings, does not know the identity of the individuals referenced in paragraph six of the complaint.  Furthermore, there is no way for defense counsel to know the identities of those individuals,

unless plaintiff supplies the names.  Indeed, even if defense counsel had been present at prior proceedings, plaintiff may not offer the same testimony in this action.  (No transcripts were made of the prior proceedings).  The very same rationale applies to paragraph eleven, which alleges that "a male faculty member" told the plaintiff that if she were to withdraw by a certain date, she would received a partial refund of her tuition.  The identity of this individual is not known to defense counsel, but presumably is known to plaintiff.  Certainly there can be no claim of prejudice in the request that plaintiff make her complaint more specific by identifying the individuals about whom she is complaining.

For the foregoing reasons and for the reasons stated in the initial memorandum, defendant requests that its motion for more definite statement be granted.

                          THE DEFENDANT
                          YALE UNIVERSITY


By _____
      Patrick M. Noonan
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      203-458-9168

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Patrick M. Noonan