FILED

UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT  2005 DEC 20  A II: 55

DISTRICT COURT

SALLY GREENHOUSE                  :          CIVIL NO.: 3:05 CV 01429 (AHN)

         Plaintiff                :

V                                 :

YALE UNIVERSITY                   :

         Defendant                :          DECEMBER 16, 2005

## MOTION FOR NON-SUIT

The defendant in the above-captioned matter respectfully requests this Court to enter a

non-suit against the plaintiff for the reason that, to the date of this motion, the plaintiff has

failed to comply with the defendant's Interrogatories and Requests for Production dated -

October 14, 2005.

                              THE DEFENDANT
                              YALE UNIVERSITY


                         By _____
                              Patrick M. Noonan
                              Donahue, Durham & Noonan, P.C.
                              741 Boston Post Road
                              Guilford, CT 06437
                              203-458-9168


**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED.**

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK   •   741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL:  (203) 458-9168  •  FAX: (203) 458-4424
JURIS NO. 415438

## O R D E R

The foregoing motion having been heard by this Court, it is hereby ORDERED:

**GRANTED/DENIED.**

BY THE COURT

_____

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the

above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Patrick M. Noonan

2