UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05CV1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | JANUARY 9, 2006 |

**BRIEF IN OPPOSITION TO MOTION FOR NON-SUIT**

Without any hint of an effort to resolve an asserted discovery dispute, the defendant has simply filed a motion for nonsuit on the ground that the plaintiff is a little late in responding to its discovery requests. The motion utterly fails to comply with the mandatory provisions of Local Civil Rule 37(a)(2)(B) and therefore must be denied.

Had the defendant made even a cursory attempt to comply with the requirements of Local Rule 37(a)(2)(B), it would have learned that the plaintiff is working diligently on her compliance with its discovery requests, which are quite voluminous, but that she has been very ill and as a result has been unavoidably delayed in preparing her responses. She resides and works outside Connecticut, a fact which further slows her ability to consult with counsel and prepare her responses.

The interrogatories will be answered and the production requests will be complied with as soon as is possible under the circumstances. However, the defendant's motion must be denied. Even Yale must play by the rules of the court.

1

                Respectfully submitted:


                _____
                JOHN R. WILLIAMS (ct00215)
                51 Elm Street
                New Haven, CT 06510
                203.562.9931
                Fax:  203.776.9494
                E-Mail: jrw@johnrwilliams.com
                Plaintiff's Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Patrick M. Noonan, Esq., Donahue, Durham & Noonan, P.C., 741 Boston Post Road, Guilford, CT 06437.


                _____
                JOHN R. WILLIAMS