UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SALLY GREENHOUSE

     v                                   3:05cv1429 (AHN)

YALE UNIVERSITY

J U D G M E N T

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendant's motion to dismiss.

The Court heard oral argument on February 3, 2006, and has reviewed all of the papers filed in conjunction with the motion.  On February 28, 2006, a Ruling on Defendant's Motion to Dismiss granting defendant's motion was entered by the Court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of March 2006.

Kevin F. Rowe, Clerk

By  /s/ Alice Montz
Deputy Clerk

Entered on Docket _____