UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05CV1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | MARCH 2, 2006 |

## **MOTION TO VACATE AND CORRECT JUDGMENT**

  The plaintiff moves to vacate and correct the Judgment entered by the Clerk of this Court on March 1, 2006, because said Judgment is inconsistent with and contrary to the order actually entered by this court.

  1. This is an action brought under the original jurisdiction of this court for violation of Title IX of the Educational Amendments of 1972, Sections 1681 - 1688 of Title 20 of the United States Code.

  2. This action also set forth a claim for the intentional infliction of emotional distress under state law, invoked pursuant to this court's diversity jurisdiction.

  3. The defendant moved to dismiss *only* the state claim for intentional infliction of emotional distress.

  4. This court granted the said motion, dismissing *only* the state claim for intentional infliction of emotional distress.

1

5.  Nevertheless, on March 1, 2006, the clerk of this court entered an order dismissing the *entire* action and closing the case.

6.  Accordingly, this motion must be granted.

                      THE PLAINTIFF

                      BY:_____
                            JOHN R. WILLIAMS (ct00215)
                            51 Elm Street
                            New Haven, CT 06510
                            203.562.9931
                            Fax:  203.776.9494
                            E-Mail: jrw@johnrwilliams.com
                            Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Patrick M. Noonan, Esq., Donahue, Durham & Noonan, P.C., 741 Boston Post Road, Guilford, CT 06437.

_____
JOHN R. WILLIAMS