UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | CIVIL NO.:  3:05 CV 01429 (AHN) |
|    Plaintiff | : | |
| V | : | |
| YALE UNIVERSITY | : | August 25, 2006 |
|    Defendant | : | |

## MOTION TO AMEND SCHEDULING DEADLINES

The parties respectfully request that the Court grant an extension of the deadlines outlined in the September 26, 2005 Report of Parties' Planning Meeting. The parties are required to file dispositive motions on or before September 1, 2006.  To date, the deposition of the plaintiff has been started but not completed. The plaintiff was involved in a car accident and has required surgery which has delayed the continuation of her deposition. Plaintiff's counsel has advised that the plaintiff will be available for a deposition in late October. The deposition is currently noticed for October 27, 2006.

Accordingly, the parties request an extension of the Court's deadlines as follows:

1.   Completion of plaintiff's deposition by December 1, 2006.

2.   Dispositive motions to be filed by January 1, 2007.

3.   Joint Trial Memorandum to be filed by February 1, 2007.

4.     The case will be ready for trial by March 1, 2007, or thirty days after the Joint Trial Memorandum is filed, whichever is later.

Plaintiff's attorney, John R. Williams, has agreed to the filing of this extension.

                                    THE DEFENDANT
                                    YALE UNIVERSITY


                                 By _____/s/_____
                                      Patrick M. Noonan
                                      Donahue, Durham & Noonan, P.C.
                                      741 Boston Post Road
                                      Guilford, CT 06437
                                      203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510


                                        _____/s/_____
                                        Patrick M. Noonan