UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | CIVIL NO.: 3:05 CV 01429 (AHN) |
| Plaintiff | : | |
| V | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | JANUARY 8, 2007 |

## REQUEST FOR SECURITY FOR COSTS

Defendant, Yale University, hereby requests, pursuant to Local Civil Rule of Procedure 8, that the Court enter an order requiring that the plaintiff post Five Hundred ($500) Dollars as security for costs in this action.

                THE DEFENDANT
                YALE UNIVERSITY

                By _____
                    Patrick M. Noonan
                    Donahue, Durham & Noonan, P.C.
                    741 Boston Post Road
                    Guilford, CT 06437
                    203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Patrick M. Noonan