# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| Sally Greenhouse | : | Civil No. 3:05 cv 1429 (AHN) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| Yale University | : | |
| DEFENDANT(s) | : | |
| | : | |

## ORDER

    The defendant(s) Yale University, in the above-entitled case, having made application to the Clerk of the Court for an Order requiring the plaintiff to deposit or file a bond with sufficient surety in the sum of $500.00 pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut.

    It is ORDERED that the plaintiff herein file a $500.00 bond as security for costs in this action within thirty (30) days from the date of this Order.

    Dated at New Haven, Connecticut, this 12 of January, 2007.


                                        Kevin F. Rowe
                                        Clerk, U.S. District Court


                                        By:   /s/ Tasha Simpson
                                                    Deputy Clerk