UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | February 14, 2007 |

## MOTION FOR CONTINUANCE

The defendant hereby moves for a continuance of the pretrial scheduled for February 26, 2007 at 11:30 a.m. The reason for this request is that defense counsel is presently on trial before Judge Robinson in New Haven Superior Court, and anticipates that the trial will last until March 9, 2007. The plaintiff has no objection to the granting of this motion. The defendant respectfully requests that the settlement/status conference be continued. The parties are available on April 16, 2007 or April 30, 2007.

                                                      THE DEFENDANT
                                                      YALE UNIVERSITY

                                                      By _____
                                                         Patrick M. Noonan  (ct00189)
                                                         Donahue, Durham & Noonan, P.C.
                                                         741 Boston Post Road
                                                         Guilford, CT 06437
                                                         203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

```
                                              _____
                                              Patrick M. Noonan
```