UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO.<br>3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | AUGUST 8, 2007 |

## MOTION FOR JUDGMENT OF DISMISSAL

For the reasons stated in the accompanying memorandum of law, the defendant, Yale

University, hereby moves, pursuant to Fed. R. Civ. P. 37, for a judgment of dismissal.

THE DEFENDANT
YALE UNIVERSITY

By _____/s/_____
        Patrick M. Noonan  (ct00189)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        203-458-9168

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the

above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____/s/_____
Patrick M. Noonan
