UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | AUGUST 8, 2007 |

### AFFIDAVIT OF PATRICK M. NOONAN IN SUPPORT OF MOTION FOR JUDGMENT OF DISMISSAL

Patrick M. Noonan, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligation of an oath.

2. I am an attorney licensed in the State of Connecticut and admitted to practice in this Court.

3. I have been retained by the defendant in this action to represent it, and I make this affidavit of my personal knowledge.

4. By letter dated July 20, 2007, I attempted to confer with plaintiff's counsel in order to resolve several outstanding discovery issues in the above case without court intervention. A copy of this letter is attached to the defendant's Memorandum of Law in Support of Motion for Judgment of Dismissal as Exhibit E.

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK  •  741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168  •  FAX: (203) 458-4424
JURIS NO. 415438

5. Plaintiff's counsel has not responded to this letter. We have therefore been unable to reach any compromise regarding these outstanding discovery issues.

_____
Patrick M. Noonan

Subscribed and sworn to before me this 8th day of August, 2007.

_____
Notary Public
Comm. Expires 3/31/09

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Patrick M. Noonan