# JOHN R. WILLIAMS and ASSOCIATES, LLC

JOHN R. WILLIAMS
KATRENA ENGSTROM
JOSEPH M. MERLY
ROB A. SERAFINOWICZ

51 ELM STREET, SUITE 409
NEW HAVEN, CT 06510
(203) 562-9931
FACSIMILE: (203) 776-9494
EMAIL: jrw@johnrwilliams.com
WEBSITE: www.johnrwilliams.com

To:       PATRICK M. NOONAN            Date: July 19, 2007

From:     JOHN R. WILLIAMS             Total Number of Pages:   1
                                       (including cover sheet)

Fax No.:  458-4424

**MESSAGE:**

Re:    Greenhouse vs. Yale University

I have been advised that Ms. Greenhouse is physically incapable of traveling to Hartford for a deposition at this time and the deposition scheduled for tomorrow afternoon in Hartford will have to be rescheduled. Apparently she is scheduled for another round of therapy in the morning, but more importantly, travel of any length away from Northampton is something she says her surgeon is telling her she should not do now. I am expecting a fax on this subject form the surgeon, Dr. Scott Cowan of Baystate Medical Center (New England Orthopaedic Surgeons) as soon as he gets out of surgery today and when it arrives I will forward it to you. Meanwhile, I again would like to ask you to consider deposing her in or near Northampton. As a target date, I would suggest August 20.

**If you do not receive all pages being sent, please call the sender as soon as possible at (203) 562-9931.**

The information contained in this communication is legally privileged and/or confidential information which is intended only for use of the individual or entity named above. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original communication to us at the address set forth above via the U.S. Postal Service. **Thank you.**