# JOHN R. WILLIAMS and ASSOCIATES, LLC

JOHN R. WILLIAMS
KATRENA ENGSTROM
JOSEPH M. MERLY
ROB A. SERAFINOWICZ

51 ELM STREET, SUITE 409
NEW HAVEN, CT 06510
(203) 562-9931
FACSIMILE: (203) 776-9494
EMAIL: jrw@johnrwilliams.com
WEBSITE: www.johnrwilliams.com

To:       PATRICK M. NOONAN     Date: July 19, 2007

From:    JOHN R. WILLIAMS      Total Number of Pages:    2
                                            (including cover sheet)

Fax No.:    458-4424

**MESSAGE:**

**Re:   Greenhouse vs. Yale University**

**Attached is the letter from Dr. Cowan which I promised you this morning.  I think you will agree that this letter is pretty unequivocal and that there is no alternative to a postponement at this point.**

**If you do not receive all pages being sent, please call the sender as soon as possible at (203) 562-9931.**

The information contained in this communication is legally privileged and/or confidential information which is intended only for use of the individual or entity named above. If the reader of this communication is not the intended recipient (or the agent or employee responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original communication to us at the address set forth above via the U.S. Postal Service. **Thank you.**