

## AMERICANS WITH DISABILITIES ACT PARATRANSIT ELIGIBILITY
Issued by:
### PIONEER VALLEY TRANSIT AUTHORITY

In accordance with the Americans with Disabilities Act (ADA), the person identified below is "ADA Paratransit Eligible" and may receive paratransit (van) service subject to the provisions thereof.

Sally Greenhouse<br/>
125 S.Main Street<br/>
Florence, MA 01062

This eligibility is based on disability-related functional limitations that prevent the above named person from using the fixed-route bus system for some or all of their trips. Your application states your condition is temporary expected to improve within 12 months. Therefore you have been granted 12 months of unconditional eligiblity.

This individual's application indicates that they
( X ) travel with a PCA  ( ) do not travel with a PCA.

| | |
|---|---|
| Category: | Temporary Unconditional |
| Date of Issuance: | 09/29/2006 |
| Expiration Date: | 09/29/2007 |

**PVTA reserves the right to review this eligibility as needed. Re-certification must be applied for in order to receive service after the expiration date above.**

Pioneer Valley Transit Authority   address: 2808 Main Street, Springfield, MA 01107   phone: 413-732-6248   fax: 413-737-2954   web: www.pvta.com

Agawam  Amherst  Belchertown  Chicopee  East Longmeadow  Easthampton  Granby  Hadley  Hampden  Holyoke  Leverett  Longmeadow  Ludlow  Northampton  Palmer  Pelham  South Hadley  Springfield  Sunderland  Ware  West Springfield  Westfield  Wilbraham  Williamsburg / Printed on recycled paper