```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

SALLY GREENHOUSE              :
                              :
     v.                       :     Civ. NO. 3:05cv1429(AHN)
                              :
YALE UNIVERSITY               :
                              :
```

ORDER ON MOTION FOR JUDGMENT OF DISMISSAL

For the reasons stated on the record at the hearing held on November 19, 2007 at 2pm, the defendant's motion for judgment of dismissal [doc. # 54] is DENIED WITHOUT PREJUDICE TO RENEWAL. Further, for the reasons stated on the record, the plaintiff shall comply with the discovery requests as outlined in the defendant's memorandum in support of its motion for judgment of dismissal within thirty days of the date of this order. The plaintiff shall also make herself available for completion of her deposition within sixty days of compliance with the aforementioned discovery requests.

SO ORDERED this 20th day of November, 2007, at Bridgeport, Connecticut.

```
                                    _____/s/_____
                                    Alan H. Nevas
                                    United States District Judge
```