

## Utility Events
3:05-cv-01429-AHN Greenhouse v. Yale University

### U.S. District Court

### United States District Court for the District of Connecticut

**Notice of Electronic Filing**

The following transaction was entered on 3/25/2008 at 3:05 PM EDT and filed on 3/25/2008
**Case Name:** Greenhouse v. Yale University
**Case Number:** 3:05-cv-1429
**Filer:**
**Document Number:** 67(No document attached)

**Docket Text:**
NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference scheduled for 4/3/08 has been rescheduled for 4/10/2008 at 11:30 AM in Chambers Room 240 - Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Alan H. Nevas (Montz, A.)

**3:05-cv-1429 Notice has been electronically mailed to:**

Patrick M. Noonan  pnoonan@ddnctlaw.com

John R. Williams  jrw@johnrwilliams.com

Joseph M. Merly  jmerly@johnrwilliams.com

**3:05-cv-1429 Notice has been delivered by other means to:**

*Conference held for 10 minutes. Jury selection will be scheduled for September 2008*