UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
|     Plaintiff | : | CIVIL ACTION NO.<br>3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
|     Defendant | : | JUNE 5, 2008 |

## **ANSWER TO AMENDED COMPLAINT**

Defendant, Yale University, hereby responds to plaintiff's Complaint, dated February 3, 2006, as follows:

1-2.  The allegations contained in Paragraphs 1 and 2 are denied, except to admit that the defendant is a private university which receives federal funds and this court has subject matter jurisdiction over the plaintiff's federal causes of action.

3.  Defendant admits that plaintiff is an adult female, but denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 and leaves plaintiff to her proof.

4-5.  Defendant admits the allegations contained in Paragraphs 4 and 5.

6.  Defendant denies the allegations contained in Paragraph 6.

7. Defendant denies the allegations contained in Paragraph 7, except to admit that the plaintiff communicated with the Interim Chair of the Directing Department.

8. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and leaves plaintiff to her proof.

9. Defendant denies the allegations contained in Paragraph 9, except to admit that the plaintiff met with the Chair of the Acting Department.

10-11. The allegations contained in Paragraphs 10 and 11 are denied, except to admit that the plaintiff was asked to and did attend a meeting on September 27, 2002.

12. Defendant denies the allegations contained in Paragraph 12.

13. The allegations contained in Paragraph 13 are denied, except to admit that the plaintiff was dismissed as of May 15, 2003.

14. Defendant admits the allegations contained in Paragraph 14.

15-17. Defendant denies the allegations in paragraphs 15, 16 and 17.

                THE DEFENDANT,
                YALE UNIVERSITY


                By _____
                     Patrick M. Noonan  (ct00189)
                     Donahue, Durham & Noonan, P.C.
                     741 Boston Post Road
                     Guilford, CT 06437
                     203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was e-mailed on the above-written date, to:

John R. Williams, Esquire
    jrw@johnrwilliams.com

 

_____
Patrick M. Noonan