UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 2, 2008 |

## S T I P U L A T I O N

1.  The defendant is a private university which is the recipient of federal funds.

2.  This court has jurisdiction of this matter.

3.  The plaintiff is an adult female.

4.  The defendant is a private university chartered by the State of Connecticut and doing business in the City of New Haven.  It is the recipient of federal funds.

5.  The plaintiff enrolled as a graduate student in the Directing Department at the Yale School of Drama at Yale University in September of 2002.

6.  The plaintiff communicated with the Interim Chair of the Directing Department before September 18, 2002.

7.  The plaintiff met with the Chair of the Acting Department on September 21, 2002.

8.  The plaintiff attended a meeting on September 27, 2002.

9.  On May 15, 2003, the plaintiff was dismissed from the University.

10.  The plaintiff thereafter pursued her administrative remedies within Yale University, all of which were rejected by the defendant.

THE PLAINTIFF

BY: _____/s/_____
    JOHN R. WILLIAMS (ct00215)
    51 Elm Street
    New Haven, CT 06510
    203.562.9931
    Fax: 203.776.9494
    jrw@johnrwilliams.com
    Her Attorney

THE DEFENDANT

BY: _____/s/_____
    PATRICK M. NOONAN
    Donahue, Durham & Noonan, P.C.
    741 Boston Post Road
    Guilford, CT 06437
    203.458.9168
    Fax: 203.458.4424
    E-Mail: patnoonan@snet.net
    Its Attorney