UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 2, 2008 |

## JOINT STATEMENT OF THE CASE

**1.     PARTIES**

The plaintiff, Sally Greenhouse, alleges a violation of Title IX of the Education Amendments of 1972, Sections 1681-1688 of Title 20 of the United States Code. The defendant, Yale University, denies that it subjected the plaintiff to sex discrimination.

**2.     NATURE OF CASE**

   **a.     The Plaintiff's Claims**

The plaintiff enrolled as a graduate student in the Directing Department of the Yale University Drama School in September of 2002.  She was dismissed from the program in the spring of 2003, at the conclusion of the first year of the program. She claims that the dismissal was the result of discrimination based on her gender, that is, retaliation for her complaints about sexual harassment.

   **b.     The Defenses to Be Pursued at Trial/Defendant's Theory of Case**

The defendant denies that the unanimous vote of the faculty to dismiss the plaintiff was the result of gender discrimination.  Instead, the defendant contends that the plaintiff was dismissed from the program because the faculty concluded that

1

the plaintiff lacked the characteristics necessary to be successful in the program.  In particular, the faculty concluded that the plaintiff was incapable of engaging in the collaborative exercise which is required in the Yale Drama School program.

3. **ANTICIPATED ISSUES**

    a.  The defendant has filed a motion in limine with regard to the claims for economic loss, and requests a ruling prior to trial.

THE PLAINTIFF

BY: /s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax:  203.776.9494
jrw@johnrwilliams.com
Her Attorney

THE DEFENDANT

BY: /s/
PATRICK M. NOONAN
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
203.458.9168
Fax: 203.458.4424
E-Mail: patnoonan@snet.net
Its Attorney