UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 2, 2008 |

## DEFENDANT'S LIST OF WITNESSES

In addition to those witnesses on plaintiff's witness list, the defendant may call some or all of the following witnesses to testify at trial:

1. David Bardeen (by deposition)
2. Sarah Bierenbaum
3. Mark Bly
4. James Bundy
5. Joan Carroll
6. David Chambers
7. Elizabeth Diamond
8. Frank Deal

9. Steven Freid

10. Joseph Gordon

11. Susan Hockfield

12. Erin Matthews

13. Kate McConnell

14. Victoria Nolan

15. Peter Parker

16. Patricia Pearce

17. Joseph Roach

18. Susan Rochette

19. Rachel Rusch

20. Jedediah Schultz

21. Catherine Sheehan

22. Sarah Treem

23. Evan Yionoulis

Defendant reserves the right to call additional witnesses to rebut plaintiff's testimony.

                          THE DEFENDANT
                          YALE UNIVERSITY


By _____
       Patrick M. Noonan  (ct00189)
       Donahue, Durham & Noonan, P.C.
       741 Boston Post Road
       Guilford, CT 06437
       203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Patrick M. Noonan