UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 5, 2008 |

**MOTION FOR PROTECTIVE ORDER**

The plaintiff respectfully moves for a protective order to preclude the defendant from taking the deposition of Sarah Treem in New York City at 1:00 p.m. on September 9, 2008, or at any other time or location, for the reason that discovery in this case other than that sought by the defendant from the plaintiff ended more than two years ago by order of this court. (Docket Entry # 10) No request for a modification of that portion of this court's order has ever been made. This case is scheduled to commence trial on September 12, 2008. Moreover, the said deposition was noticed by fax at 3:40 p.m. on Friday, September 5, 2008, without any advance communication with the undersigned. In fact, at 3:30 p.m. on September 9, 2008, the undersigned has been ordered by this court to appear before it to argue the case of *Ortiz v. Stratford*, Docket Number 3:07cv1144(AHN).

1

THE PLAINTIFF

BY: _____/s/_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax: 203.776.9494
      jrw@johnrwilliams.com
      Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS