UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 5, 2008 |

## MOTION IN LIMINE

The plaintiff respectfully moves *in limine* to preclude the defendant from presenting testimony from Joseph Gordon, Susan Hockfield and Patricia Pearce, as well as from presenting any other similar evidence, which concerns the defendant's actions with respect to the plaintiff's internal administrative appeal from her dismissal. Such evidence has no relevance, constitutes an impermissible intrusion into the jury's deliberative process, and is improperly prejudicial and self-serving. The plaintiff submits herewith a memorandum in support of this motion.

1

        THE PLAINTIFF

BY: _____/s/_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       203.562.9931
       Fax: 203.776.9494
       jrw@johnrwilliams.com
       Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS