UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 7, 2008 |

## MOTION IN LIMINE – DAVID BARDEEN

The plaintiff moves *in limine* to preclude the defendant from presenting to the jury any portion of the attached deposition of David Bardeen for the reasons set forth in her attached Memorandum. The defendant has informed the court and counsel of its intention to offer the said videotaped deposition at trial *in lieu* of the live testimony of Mr. Bardeen.

THE PLAINTIFF

BY: /s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
Her Attorney

1

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
JOHN R. WILLIAMS