```
                  UNITED STATES DISTRICT COURT

                    DISTRICT OF CONNECTICUT


SALLY GREENHOUSE,                    )
                                     )
          Plaintiff,                 )
                                     )           CASE NO.
          vs.                        )    3:05 CV 01429 (AHN)
                                     )
YALE UNIVERSITY,                     )
                                     )
          Defendant.                 )
_____)
                                     )
AND ALL RELATED CROSS-ACTIONS.       )
_____)
```

           VIDEOTAPED DEPOSITION OF DAVID BARDEEN,
taken on behalf of the Defendant, at 1450 West Colorado
Boulevard, Suite 100, Pasadena, California, commencing
at 11:21 a.m., Wednesday, March 7, 2007, before
AMY HERMANSON, C.S.R. No. 13113, pursuant to Notice.

                          * * *

```
 1   APPEARANCES:

 2   For Plaintiff:

 3   JOHN R. WILLIAMS & ASSOCIATES, LLP
     BY:  JOSEPH M. MERLY, Attorney at Law
 4   51 Elm Street
     New Haven, Connecticut 06510
 5   (203) 562-9931

 6   For Defendant:

 7   DONAHUE, DURHAM & NOONAN, P.C.
     BY:  PATRICK M. NOONAN, Attorney at Law
 8   741 Boston Post Road
     Guilford, Connecticut 06437
 9   (203) 458-9168

10
     Also Present:
11
     DAYNA DAVIS, Videographer
12   Legal Shoot-N-Sync (626) 353-8314

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                          3
```

```
11:09:25:24    1         PASADENA, CALIFORNIA, WEDNESDAY, MARCH 7, 2007

               2                         11:21 a.m.

               3

               4                       DAVID BARDEEN,
11:09:25:24    5    called as a witness on behalf of the Defendant, having

               6    been administered an oath in accordance with C.C.P.

               7    Section 2094, was examined and testified as follows:

               8

               9         MR. NOONAN:  Okay.  This is the deposition of
11:21:38:13   10    David Bardeen being taken in the case of

              11    Sally Greenhouse versus Yale University.  The date is

              12    March 7, 2007.

              13              Let me state at the outset that we've agreed on

              14    the usual Connecticut stipulations for the deposition
11:21:56:00   15    with the exception that the witness has chosen not to

              16    read and sign the deposition; and we've agreed that,

              17    since this is in effect trial testimony, all our

              18    objections are going to be stated on the record.

              19              Can you swear the witness, please.
11:22:08:18   20         MS. REPORTER:  Please raise your right hand.

              21              You do solemnly state, under penalty of

              22    perjury, to tell the truth, the whole truth, and nothing

              23    but the truth.

              24         THE WITNESS:  I do.
11:22:18:12   25    ///
```

5
HUNTINGTON COURT REPORTERS & TRANSCRIPTION, INC.
Court Reporting (626) 792-6777 Transcription (626) 792-7250

|  |  |
|---|---|
| 11:22:18:10 | 1    EXAMINATION |
|  | 2  BY MR. NOONAN: |
|  | 3     Q    Good afternoon, Mr. Bardeen.  How are you? |
|  | 4     A    I'm good. |
| 11:22:24:06 | 5          How are you? |
|  | 6     Q    Very well.  Thanks. |
|  | 7          First of all and most importantly, let me thank |
|  | 8  you for coming and also thanks for your patience.  We |
|  | 9  had some technical difficulties, and I know you've been |
| 11:22:32:04 | 10 waiting a while. |
|  | 11         Let me start off by asking you just to give us |
|  | 12 a little bit of background about yourself.  Can you tell |
|  | 13 us about your educational history. |
|  | 14    A    Sure.  I attended a four-year college, |
| 11:22:46:10 | 15 Connecticut College, in New London, Connecticut.  Before |
|  | 16 that high school and so on.  And my graduate degree was |
|  | 17 a master of fine arts at Yale. |
|  | 18    Q    Okay.  And when did you graduate from |
|  | 19 Connecticut College? |
| 11:23:01:09 | 20    A    1993. |
|  | 21    Q    All right.  And then when did you begin your |
|  | 22 program at Yale? |
|  | 23    A    I believe the fall of 2002. |
|  | 24    Q    Okay.  And you said you graduated from that |
| 11:23:12:06 | 25 program? |

6

11:23:12:24  1    A    Yes.
2    Q    Okay.  And when was that?
3    A    2005, May.
4    Q    Okay.  And what did you do in between those
11:23:23:03  5    times?  In other words, between 1993, when you graduated
6    from Connecticut College, and the fall of 2002, when you
7    started the program at Yale.
8    A    I was a professional actor for most of that
9    time, theater actor in Philadelphia.
11:23:37:28 10    Q    Oh, okay.  And can you give us just a little
11   description of the kinds of things you did during those
12   years.
13   A    I did a lot of plays anywhere from modern to
14   classical.  It was -- I worked a lot there so I didn't
11:23:50:24 15   have a lot of other jobs.
16   Q    Okay.  Good.
17   A    I basically was just a theater actor there.
18   Q    Okay.  All right.  Well, as an actor, I guess
19   you're happy you didn't have a lot of other -- outside
11:24:02:03 20   employment; right?
21   A    Yeah.
22   Q    You're happy you're acting because that's what
23   you like to do.
24   A    It was a little cheaper to live in Philadelphia
11:24:04:21 25   as well, so you know.

7

11:24:06:03  1      Q    All right. And what have you been doing since
            2  getting your degree from Yale in 2005?
            3      A    I moved out to Los Angeles to pursue a career
            4  out on the West Coast.
11:24:16:12  5      Q    Okay. And how is that going?
            6      A    It's going pretty well.
            7      Q    Good.
            8           All right. I want to ask you a little bit
            9  about your experiences at Yale.
11:24:25:16 10      A    Sure.
           11      Q    You were -- as I understand it, you were in the
           12  same class as Sally Greenhouse for your MFA; is that
           13  right?
           14      A    Yes. I was in the actor, and she was in the
11:24:35:06 15  directing program.
           16      Q    Okay. And how many people are in the drama
           17  school class in a given year? Do you recall?
           18      A    Oh, gosh. I don't even -- I don't even know.
           19  There's usually about 15 to 16 actors.
11:24:48:07 20      Q    Okay.
           21      A    And three to four directors. And then there's
           22  playwrights and dramaturgs and a whole bunch of other
           23  people, technical.
           24      Q    Okay. And was Ms. Greenhouse someone that you
11:24:59:06 25  came into contact with with some frequency during your

8

```
11:25:01:16  1    tenure at Yale?
             2        A    Yes.
             3        Q    Okay.  And in what sort of context?
             4        A    Not in a humongous context I would say compared
11:25:12:00  5    to the other actors in my class, but we had a -- one
             6    project together in the first semester.  It was called
             7    Drama 50.  And she was in my acting class all year, my
             8    one acting class.  And I think we had a games class as
             9    well together.
11:25:33:03 10        MS. REPORTER:  Games?
            11        THE WITNESS:  Yeah, games.
            12            That's -- I think that's about it.
            13        Q    BY MR. NOONAN:  Okay.  So it sounds like there
            14    were three different areas in which the two of you would
11:25:39:28 15    interact?  There would be the project in Drama 50 --
            16        A    Yeah.
            17        Q    -- the acting class and games?
            18        A    Yes.
            19        Q    All right. And can you tell us on each of
11:25:46:03 20    those just a little bit about what they involve.  In
            21    other words, start with Drama 50.  Can you tell us what
            22    the Drama 50 was.
            23        A    Drama 50 is a project that is given to -- I
            24    think they're still doing it, but I'm not sure.  It was
11:26:00:03 25    given to every incoming class.  And you would have the
```

9

```
11:26:05:15  1  actors, directors, and the dramaturgs; and they were
             2  kind of split off into -- in my class it was four
             3  different groups.  And we had a -- sometimes it's a
             4  book, sometimes it's a series of writings that we were
11:26:23:04  5  to read before the school year began.  And basically we
             6  were to create kind of a performance piece out of the
             7  quarter of the project -- of that work that we were
             8  given.
             9        Q    Okay.
11:26:39:04 10        A    So we could kind of come up with anything we
            11  wanted to.
            12        Q    And so Ms. Greenhouse was in the group that you
            13  were assigned to?
            14        A    Yes.
11:26:47:07 15        Q    Okay.  And roughly how many people would be in
            16  that group?
            17        A    There were three actors, including myself;
            18  Sally, the director; and two dramaturgs.
            19        Q    Oh, so it was a fairly small group?
11:27:01:24 20        A    Yeah.
            21        Q    Okay.  And you mentioned you had an acting
            22  class with Sally.  What -- can you tell us anymore about
            23  that, the size of the class, what the class was to do.
            24        A    Yeah.  Well, we -- at the time I think there
11:27:11:22 25  were 16 actors, and then the four directors were also in
```

10

```
11:27:15:28  1    it.  And I'm not sure -- I think they were in it for the
             2    whole year.  But it was a long time ago.  I think pretty
             3    much the whole year.
             4         Q    Fair enough.
11:27:27:15  5         A    Yeah.
             6         Q    Okay.  And how often did that class meet?
             7         A    That class, as far as I can remember, met twice
             8    a week.
             9         Q    Okay.
11:27:35:04 10         A    I think.
            11         Q    Okay.  All right.  And how about the games
            12    class?  How often did that meet?
            13         A    Once a week.
            14         Q    Okay.  And what did that involve?
11:27:43:12 15         A    That basically -- well, the -- it was a very
            16    large class to begin with, and then it became just
            17    actors later.  Because of the Drama 50, it was kind of a
            18    melding of, you know, let's get everybody together and
            19    let's play together.  Let's, you know, get to know each
11:28:00:06 20    other.  You know, play theater games together,
            21    basically.
            22         Q    Okay.  Now one of the things that
            23    Ms. Greenhouse has alleged in her complaint in this case
            24    is that there was a -- in September of 2002 there was a
11:28:19:09 25    project or a workshop in the first-year acting class
```

11

```
11:28:24:16   1   entitled "Metamorphosis Revisited."  Do you have any
              2   recollection of that event?
              3       A   Not specifically, no.
              4       Q   Okay.  Okay.  Do you remember being involved in
11:28:37:06   5   an event -- any event where Ms. Greenhouse was --
              6   appeared to be uncomfortable or upset because of the
              7   sexual nature of the project?
              8       A   That -- that rings a bell.  I remember her
              9   being upset one day and not knowing -- I mean, there was
11:28:54:28  10   nothing that I found offensive or -- and I can't speak
             11   for anybody else.  But I remember, you know, seeing her
             12   upset with something and didn't know why.
             13       Q   Okay.
             14       A   Like it didn't register why.
11:29:06:07  15       Q   Okay.  So you never -- you could see she was
             16   upset about something, but you didn't know the reason
             17   for it?
             18       A   Yeah.
             19       Q   Okay.  Was there -- were there any times when
11:29:20:06  20   Ms. Greenhouse was involved in plays that -- or acting
             21   projects that had something of a sexual nature
             22   associated with them?
             23       A   Yes.
             24       Q   Okay.  And is that fairly common, by the way,
11:29:32:10  25   in your --
```

12

11:29:34:12  1       A    It can be. I mean, you know, theater is -- you
             2   know, any kind of art I think is political or sexual or,
             3   you know, there are many different types of theater; and
             4   that is something that is involved in certain types of
11:29:48:10  5   theater.
             6            If you want me to give you an example of
             7   Sally's involvement in that kind of situation, I can.
             8       Q    I actually was just going to ask that. Could
             9   you give us an example of a time when Ms. Greenhouse was
11:29:57:27 10   involved in a project that had some sexual content
            11   associated with it?
            12       A    Sure. I'm going to try to stay as clean as
            13   possible.
            14       Q    Okay.
11:30:06:09 15       A    But there was a scene that she did with another
            16   actor. It was near the end of the year I believe, when,
            17   in that scene, she stuck his face up her skirt and
            18   simulated an orgasm.
            19       Q    Okay. And was that -- in terms of that event,
11:30:25:06 20   was that a project that she selected, or did someone
            21   else select it? Do you know how that came about?
            22       A    I believe that she selected that scene with the
            23   other actor, and I'm not sure because I can't really
            24   remember if that actually takes place in the scene or if
11:30:45:06 25   they just added that.

                                                                        13

| | |
|---|---|
| 11:30:46:24  1 | Q    Okay. |
| 2 | A    But I have to say that, you know -- although |
| 3 | that actually was shocking to me at the time. |
| 4 | Q    Okay. |
| 11:30:52:15  5 | A    Because that didn't necessarily happen in every |
| 6 | scene that we had in acting class. |
| 7 | Q    Fair enough. |
| 8 | And did Ms. Greenhouse, at the time she engaged |
| 9 | in this particular scene, register any objection to |
| 11:31:05:12 10 | being involved in that particular scene? |
| 11 | A    I don't think so, no. |
| 12 | Q    Okay.  All right.  And she didn't appear -- |
| 13 | A    She didn't like acting.  She didn't like acting |
| 14 | in the first place, but no.  There was no -- to my |
| 11:31:18:25 15 | knowledge there was no particular time that she did not |
| 16 | want to do that particular scene. |
| 17 | Q    Okay. |
| 18 | A    Oh. |
| 19 | VIDEOGRAPHER:  Well, we just lost the other site. |
| 11:31:35:15 20 | So we're going to stop the tape. |
| 21 | We're going off the video record at 11:32 a.m. |
| 22 | (Off the record.) |
| 23 | VIDEOGRAPHER:  We're back on the video record.  The |
| 24 | time is 11:42 a.m. |
| 11:41:52:10 25 | Q    BY MR. NOONAN:  Mr. Bardeen, we had even more |

14

```
11:41:54:25  1   technical difficulties so we were cut off there, and I'm
             2   not sure exactly where we were when we lost the
             3   connection.
             4           But you did indicate that Ms. Greenhouse didn't
11:42:06:01  5   enjoy acting.  Can you tell us how you were able to
             6   observe that.
             7   A    She never -- well, I think it came right out of
             8   her mouth, and I don't think that was a secret.
             9   Q    Okay.
11:42:18:09 10   A    She didn't really -- I'm sorry.
            11           She didn't really -- she didn't really want to
            12   do any scenes.  She didn't do very many in class.
            13   Q    Okay.  And do you have any recall of -- you
            14   said you were involved in a project and she was one of
11:42:41:12 15   the directors, or was she the only director?
            16   A    If it was the Drama 50 -- I'm sorry.
            17   Q    The Drama 50 project, right.
            18   A    She was the only director.
            19   Q    Okay.  And how would you characterize
11:42:54:04 20   Ms. Greenhouse in that project with respect to her
            21   ability to collaborate with others in a theater setting?
            22   A    I would say that I had a lot of problems with
            23   her during that project.
            24   Q    Can you describe that.
11:43:07:00 25   A    Leadership problems I would say.  She would
```

15