```
11:43:11:27  1   sometimes pit the -- pit people against each other.
             2   She -- it took a while for us to -- it just was very
             3   hard to collaborate with her sometimes.
             4       Q   All right.  And do you remember anything more
11:43:28:15  5   in particular in terms of the difficulty collaborating?
             6       A   I can't -- it was so long ago.  I mean, I just
             7   remember -- I don't remember specifics, but I remember
             8   it being a very, very hard road.  And it was my first
             9   thing at Yale, and she didn't make it a very pleasant
11:43:50:12 10   process.  And, you know, that was my first experience at
            11   Yale.  It was a horrible first semester mainly because
            12   of that.  I mean, there were other great things, but,
            13   you know, that -- that was not exactly pleasant I would
            14   say.
11:44:04:03 15       Q   Okay.  Was -- do you recall at the start of
            16   that project -- Ms. Greenhouse -- whether she said
            17   anything about being a good follower or being a good
            18   leader?  Do you recall any statements along those lines?
            19       A   I do.  She -- it was the first meeting.  She
11:44:21:07 20   made us come to her apartment actually, and she said to
            21   us -- I thought she was -- I thought she had to be
            22   kidding, but I don't think she was.  Possibly.  I don't
            23   know.
            24           She said, "I have good news and bad news.  The
11:44:37:09 25   bad news is I'm" -- oh, god.  I can't remember the exact
```

                                                                    16

```
11:44:40:24  1   quote, but it was something about her being a bad -- a
             2   bad follower and a good leader but fortunately she was a
             3   good leader.  I mean, I don't remember the exact quote,
             4   but it was -- I knew we were in for a hard road when I
11:45:01:07  5   heard that.
             6       Q    And what did that project entail?
             7       A    That project entailed basically coming up with
             8   a quarter of the Odyssey and kind of presenting it at
             9   the end of the semester.  So it was a very -- it was
11:45:19:10 10   supposed to a very collaborative process and we would
            11   all create a piece of art that -- that had something to
            12   do with the quarter of the Odyssey that we were given.
            13       Q    Okay.  The Odyssey meaning the Odyssey by
            14   Homer?
11:45:32:06 15       A    Yes.
            16       Q    Okay.  And why was that such a difficult and
            17   unpleasant experience for you?
            18       A    Well, there were no -- there were no parameters
            19   at the time, and so there was not much structure.  And
11:45:47:01 20   in my mind the director is supposed to provide some sort
            21   of structure.
            22            Now everyone was responsible for -- you know,
            23   it -- it's a very hard project anyways and historically
            24   creates a lot of tension in certain groups, and ours was
11:46:06:12 25   one of those groups that was filled with tension.  There
```

17

```
11:46:08:27   1   was a lot of in-fighting.  We weren't coming up with
              2   anything creatively.  It was -- it was just not a
              3   successful project.
              4       Q    And as the sole director of that project, was
11:46:23:00   5   Ms. Greenhouse in charge of the project?
              6       A    To a degree I would say yes.  There was no --
              7   at first there were no clear-cut kind of instructions
              8   for it.  She was there as the director.  We were there
              9   as the actors.  The dramaturgs were there as dramaturgs.
11:46:41:00  10   And we were supposed to all come together and create
             11   this project.  And, yes, I'm sure at certain points --
             12   or at a certain point in the project, you know, if you
             13   haven't already, you're supposed to step up as that
             14   role.
11:46:53:01  15       Q    Okay.
             16       A    But there were no clear-cut delineations at
             17   first.
             18       Q    All right.
             19       A    So she --
11:47:00:13  20       Q    Did she --
             21            I'm sorry.  Go ahead.
             22       A    No.  No.  I'm finished.
             23       Q    Okay.  Did -- during the -- now Ms. Greenhouse
             24   was just there for your first year?
11:47:09:03  25       A    Yes.
```

18

11:47:09:09  1    Q    Is that right?

2    Okay.  And during that year, did you observe

3    any type of atmosphere -- well, strike that.

4    One of the things Ms. Greenhouse has alleged in

11:47:20:24  5    her complaint is that there was an atmosphere of macho

6    and frat house behavior by students and faculty in the

7    drama school.  Did you observe that at all?

8    A    No.

9    Q    She's also alleged that she was subjected to a

11:47:37:00 10    pattern of disparate treatment in comparison to the

11    males in her class.  Did you observe her being treated

12    differently because she was female?

13    A    No.

14    Q    Did you observe any conduct at all on the part

11:47:52:04 15    of the faculty or administration that suggested that

16    they were treating her poorly because she was female?

17    A    No.

18    Q    Were there females in your class, by the way?

19    A    Yes.

11:48:04:16 20    Q    Okay.  And were there female actors, directors,

21    and dramaturgs?

22    A    She was the only female director that year, but

23    there were female directors there from the year below

24    and the year -- well, it wouldn't have been below.  The

11:48:16:21 25    two classes above at that time.

19

```
11:48:18:13  1        Q    Okay.  And there -- I think you said what?
             2   There were four directors in a class?
             3        A    Usually, yes.
             4        Q    Okay.  All right.  I don't have any other
11:48:28:12  5   questions.  Thanks for your time.
             6        A    Sure.
             7        Q    I'm sure Attorney Merly has some questions for
             8   you.
             9        MR. MERLY:  I have just a few, and then you'll be
11:48:34:12 10   out of there.
            11        THE WITNESS:  Okay.
            12
            13                        EXAMINATION
            14   BY MR. MERLY:
11:48:35:28 15        Q    Again my name is Joseph Merly.  I represent
            16   Ms. Greenhouse in this suit that she's brought against
            17   Yale.  If I can just ask you a few things.
            18             Do you remember some sort of a theater exercise
            19   or event that was dubbed "rock out with your cock out"?
11:48:54:21 20   Does that ring a bell?
            21        A    It rings a bell.  That's all I can tell you.  I
            22   mean, we played -- I'm sorry.
            23        Q    Go ahead.
            24        A    We played -- we played hundreds of games in
11:49:05:00 25   that class so --
```

20

11:49:06:21  1    Q    So that title or that event doesn't -- you
2    don't have a specific recollection of this occurrence?
3    A    I don't.
4    Q    Okay.  Why was Sally terminated from the
11:49:22:16  5    program?  Do you know why?
6    A    No.
7    Q    Did you -- were you ever --
8    A    I mean --
9    Q    -- privy to any -- go ahead.
11:49:33:01 10    A    I'm not an -- I'm not an official, you know --
11   I'm not staff.  I'm not administration so I --
12    Q    What was the scuttle about?  Was there any talk
13   about why she was, or was it just not an issue?
14         MR. NOONAN:  I'll object to that.
11:49:44:15 15         But you may answer.
16         I should tell you, even though I object, you
17   should just answer anyways.  Just ignore me.
18    Q    BY MR. MERLY:  We're making objections for the
19   record, but, you know, you'll still answer subject to
11:49:54:07 20   the objection.
21    A    So you want hearsay and rumor or --
22    Q    Actually, yeah.  I mean, not everything that
23   we're saying here today ends up coming into the trial.
24   We're just trying to sort of develop and explore the
11:50:05:03 25   case.

21

11:50:05:15  1      So did you hear anything around as to why she
2   was dismissed from the program?
3       MR. NOONAN:  Same objection.
4       THE WITNESS:  Not from anyone official.  So I don't
11:50:17:09  5   think that I should answer that question.
6   Q      BY MR. MERLY:  Well, did you hear anything from
7   anyone that was not official?  Were the students in the
8   program talking?
9       MR. NOONAN:  Same objection.
11:50:28:18 10      THE WITNESS:  Not -- you know what?  It was at the
11  very end of the year.  So basically we're all out of
12  there at that time.  So I would have to say not much
13  talk about it.  I mean, there was an actress that was
14  also let go at the same time so --
11:50:43:06 15  Q      An -- in addition to Sally?
16  A      Yes.
17  Q      There was an actress also dismissed?
18  A      Yes.
19  Q      Okay.  Who is Liz Diamond?
11:50:51:01 20  A      Liz Diamond is on the directing faculty at the
21  Yale School of Drama.
22  Q      All right.  Now did you ever hear any talk from
23  anyone that Liz Diamond had stated that Sally was
24  terminated because her directing work was substandard?
11:51:07:24 25  A      No.

22

| | | |
|---|---|---|
| 11:51:08:24 | 1 | Q    You never heard anything like that? |
| | 2 | A    I wouldn't be privy to that information, no. |
| | 3 | Q    All right.  You just stated that you worked |
| | 4 | with Sally on I think one project; is that right? |
| 11:51:24:12 | 5 | A    That is correct. |
| | 6 | Q    And it was not a pleasant experience you're |
| | 7 | saying? |
| | 8 | A    No. |
| | 9 | Q    How would you describe her directing skills? |
| 11:51:32:03 | 10 | A    Well, I mean, I would describe them as kind of |
| | 11 | she was trying to find her way.  She was a beginning |
| | 12 | director it felt like.  I felt like she was a |
| | 13 | performance artist who hadn't directed much her life and |
| | 14 | she didn't really know how yet. |
| 11:51:52:12 | 15 | Q    Okay.  So you wouldn't describe her direction |
| | 16 | as outstanding then? |
| | 17 | A    I would not. |
| | 18 | Q    Okay. |
| | 19 | A    And I think I probably had more experience with |
| 11:52:08:00 | 20 | professional directors than anybody else, I might say, |
| | 21 | in my class but definitely in the project we did in that |
| | 22 | first semester. |
| | 23 | Q    Okay.  Do you have any knowledge as to what |
| | 24 | Sally's thesis project was at that time? |
| 11:52:24:15 | 25 | A    She did not have a thesis project at that time. |

23

11:52:27:19   1   Our thesis wasn't until her third -- would have been in
              2   her third year.
              3       Q    All right.  So at the time that you knew her,
              4   interacted with her this was not an issue, a thesis?
11:52:37:24   5       A    No.
              6       Q    Okay.
              7       A    That would be for the directing staff and
              8   students that may have more information than me.
              9       Q    Who is Nick Avila?
11:52:48:13  10       A    He was another director in our class.
             11       Q    What did you think of his directing skills?
             12       A    I did not work with him for the first year.  I
             13   only worked with him in the second, and I believe the
             14   third year.  Second year definitely to my memory.
11:53:07:27  15       Q    Did you ever form any opinion as to his
             16   directing skills?
             17       A    His directing skills were, you know, on the
             18   right track, on the right learning curve for a student
             19   director, I think.
11:53:24:03  20       Q    Would you say he was better --
             21       A    I mean, now -- I'm sorry.  Go ahead.
             22       Q    Would you say he was a better director than
             23   Sally Greenhouse in your personal experience?
             24       A    In my personal experience, yes.
11:53:42:22  25       Q    Okay.  I'm just trying to go through my notes

24

```
11:53:45:25   1   and speed it up for you as much as I can.
              2           Do you have any knowledge or opinion as to the
              3   scenes -- any scenes that Sally would direct for
              4   class -- how they were received by the class or by the
11:54:00:12   5   instructors?
              6       A   She did not direct scenes in any class that I
              7   was in.
              8       Q   Oh, okay.  Did she direct anything that you
              9   were -- that you knew of that you saw?
11:54:12:06  10       A   She directed the Drama 50 that I was in, and
             11   she directed a playwright's play in the second semester
             12   that I can remember that I did see.
             13       Q   Did you form an -- and you saw that in the
             14   second semester?
11:54:26:24  15       A   Yes.
             16       Q   Okay.  Did you form an opinion as to how you
             17   felt her directing skills were at that time?
             18       A   Yes, I did.  I did not like the show that she
             19   directed.
11:54:39:07  20       Q   Why?  Just kind of curious.
             21       A   That I can -- the only specific that I can
             22   remember is she kept one of her actresses in the dark
             23   for the entire time.
             24       Q   Do you mean literally?
11:54:53:15  25       A   Literally in the dark, yeah, pretty much.
```

25

```
11:54:57:06  1        Q    Oh.
             2        A    But you would have to -- you could get a better
             3   opinion from those actors of her directing style on
             4   that.
11:55:03:06  5        Q    Okay.
             6        A    If you want to.
             7        Q    All right.  How about -- who's Jacob Blumer?
             8   Do you know that name?
             9        A    That was a third-year actor, when I was in my
11:55:19:18 10   first year.
            11        Q    Okay.  Do you know who Derek Lucci is?
            12        A    That is another third-year actor.
            13        Q    Do you know -- did you know whether he --
            14   either Derek Lucci or Jacob Blumer worked with
11:55:42:24 15   Sally Greenhouse at the time you were there?
            16        A    I don't think so.
            17        Q    Okay.  I think those are all the questions I
            18   have for you.
            19        A    Okay.
11:56:01:10 20
            21                        EXAMINATION
            22   BY MR. NOONAN:
            23        Q    I just wanted to ask, if I could, about the
            24   production that you said Ms. Greenhouse directed in the
11:56:06:16 25   second semester of your first year.
```

26

11:56:09:00  1       You said there was -- one of the things you
2    recalled was that there was an actress that was kept in
3    the dark.  I take it what you mean is she was on the
4    stage but in an area of the stage that was not lit?
11:56:18:15 5       A    Yeah.  It just wasn't -- it was -- the
6    production value -- I mean, the production value of
7    those little shows weren't very good to begin with, but
8    I believe she just made it worse.  And there was --
9    there was talk about her not lighting that person
11:56:36:10 10   because she didn't like her.
11       Q    Okay.  I don't have any other questions.
12   Thanks.
13       MR. MERLY:  You know what?  I've just got one or
14   two --
11:56:45:06 15       MR. NOONAN:  Oh, okay.
16       THE WITNESS:  Sure.
17       MR. MERLY:  -- quick ones.
18
19                        EXAMINATION
11:56:45:15 20   BY MR. MERLY:
21       Q    To follow up on that, are you saying that Sally
22   directed this project and the way she directed it was to
23   have one of her actors on stage yet in a darkened area
24   where there was difficulty --
11:56:57:24 25       A    From what I --

27

```
11:56:58:16  1        Q    -- seeing the actress?
             2        A    From what I remember, yes.  And it was that
             3   there was talk of that -- I mean, I remember specific
             4   talk of that among, you know, friends of mine after that
11:57:08:24  5   particular show.  Yes.
             6        Q    Okay.  Did you happen to know who that actress
             7   was?
             8        A    Mozhan Navabi.
             9        Q    Did you -- I imagine she wasn't very happy with
11:57:22:15 10   the way the production came out?
            11        A    I don't think so, and she had prior experience.
            12   She was also in the Drama 50 with me the first semester.
            13        Q    Okay.  When you said a few minutes ago that
            14   Sally didn't like acting, do you mean that she disliked
11:57:34:06 15   acting or that she preferred directing?
            16        A    I would say that she did not like going up in
            17   front of the class in acting class.
            18        Q    Okay.  All right.
            19        A    She did not like it.
11:57:46:13 20        Q    I got you.  All right.  Thanks very much.
            21        A    Sure.
            22        MR. NOONAN:  Thank you very much, Mr. Bardeen.
            23        THE WITNESS:  Thank you.
            24        MR. NOONAN:  And again we apologize for all the
11:57:53:00 25   delays.
```

28

| | | |
|---|---|---|
| 11:57:53:18 | 1 | MR. MERLY:  Thank you for all your time and your |
| | 2 | infinite patience.  We appreciate it. |
| | 3 | THE WITNESS:  Okay.  No problem.  Have a good day, |
| | 4 | gentleman. |
| 11:57:58:25 | 5 | MR. MERLY:  Thanks.  You too. |
| | 6 | MR. NOONAN:  Thanks.  Good luck. |
| | 7 | THE WITNESS:  Thank you. |
| | 8 | MR. NOONAN:  Take care. |
| | 9 | THE WITNESS:  Thanks. |
| 11:58:02:21 | 10 | VIDEOGRAPHER:  We're going off the video record. |
| | 11 | The time is 11:58 a.m. |
| | 12 | (At 11:58 a.m., the deposition was concluded.) |
| | 13 | -oOo- |

29