UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | AUGUST 28, 2008 |

**PLAINTIFF'S LIST OF WITNESSES**

These witnesses will not necessarily be called in the order listed.  The plaintiff respectfully reserves the right to call additional witnesses depending upon the evidence presented during the trial, and not to call all persons on this list.

1  David Chambers

2  Kristan Falkowski

3  Toni Dorfman

4  Stephen Fried

5  Meg Gibson

6  Sally Greenhouse

7  Justin D. Haslett

8  Ellen Lang

9  Derek Lucci

10  Karyn Lyman

| | |
|---|---|
| 11 | Kenneth Lynn |
| 12 | Laura McNeil |
| 13 | Deborah Margolin |
| 14 | James Nicholson |
| 15 | Ben Sammler |
| 16 | Christopher C. Sanderson |
| 17 | Jedidiah Schultz |
| 18 | Phyllis Somerville |

THE PLAINTIFF


BY: _____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　JOHN R. WILLIAMS