UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 2, 2008 |

## PLAINTIFF'S LIST OF EXHIBITS

Plaintiff reserves the right to offer additional exhibits as the facts develop at trial.

1   Plaintiff's resume

2   Letter from Wojewodski to plaintiff dated March 28, 2002

3   Letter from Rochette to plaintiff dated April 2, 2002

4   School of Drama Bulletin 2002-2003

5   Letter from Bundy to plaintiff dated September 27, 2002

6   Email from Treem to plaintiff dated March 17, 2003

7   Emal from Bierenbaum to plaintiff dated March 22, 2003

8   Email from Bundy to plaintiff dated March 23, 2003, responding to Email from plaintiff to Bundy dated March 22, 2003

9   Email from Diamond dated May 8, 2003

10  Letter from Nolan to plaintiff dated May 16, 2003

11  Letter from Bundy to plaintiff dated May 26, 2003

12  Letter from Falkowski to Richard dated June 23, 2003

| | |
|---|---|
| 13 | Letter from Nolan to plaintiff dated June 25, 2003 |
| 14 | Letter from Haslett and Lyman dated June 30, 2003 |
| 15 | Plaintiff's Yale Transcript |

THE PLAINTIFF

BY: _____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax:  203.776.9494
jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS