UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

SALLY GREENHOUSE                         :

    Plaintiff                            :          CIVIL ACTION NO.
                                                                        3:05 CV 01429 (AHN)

vs.                                      :

YALE UNIVERSITY                          :

    Defendant                            :          SEPTEMBER 4, 2008


## **DEFENDANT'S LIST OF EXHIBITS**

The defendant expects to offer some or all of the following exhibits at trial:

A.    Plaintiff's financial aid file.

B.    Grievance submitted by the plaintiff to the Yale University.

C.    Undated Notes on the plaintiff's CWP

D.    Undated e-mail from the plaintiff to James Bundy.

E.    September 23, 2002 e-mail from Elizabeth Diamond to James Bundy.

F.    October 11, 2002 e-mail from the plaintiff to James Bundy.

G.    November 7, 2002 e-mail from Elizabeth Diamond to Drama School faculty and administration.

H.    January 31, 2003 e-mail from the plaintiff to James Bundy.

I.    February 6, 2003 e-mail from the plaintiff to James Bundy.

J.    February 13, 2003 from the plaintiff to James Bundy.

K.    March 23, 2003 e-mail from James Bundy to the plaintiff.

L.  April 4, 2003 e-mail from James Bundy to David Chambers.

M.  April 8, 2003 e-mail from Rachel Rusch to Catherine Sheehy.

N.  May 8, 2003 e-mail from Joseph Roach to Elizabeth Diamond and May 5, 2003 e-mail from Elizabeth Diamond to Victoria Nolan, Joseph Roach, and Evan Yionoulis.

O.  May 14, 2003 Preparatory notes for the department's May 15, 2003 meeting with the plaintiff.

P.  May 15, 2003 Report on the Meeting on the Withdrawal/Dismissal with the plaintiff.

Q.  May 15, 2003 memorandum from Elizabeth Diamond to the plaintiff.

R.  May 23, 2003 memorandum from Maria Leveton to the Drama School Faculty.

S.  September 23, 2003 Fact Finding Report, Grievance Brought by Sally Greenhouse.

T.  January 23, 2004 Report by the Provost's Committee on Student Grievances of its Review of the Complaint submitted by Ms. Sally Greenhouse.

U.  April 6, 2004 letter from Susan Hockfield to the plaintiff.

V.  August 12, 2007 CHRO Finding of No Reasonable Cause.

W.  Chart of Yale University School of Drama students' gender.

THE DEFENDANT
YALE UNIVERSITY

By _____
Patrick M. Noonan  (ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
203-458-9168

2

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Patrick M. Noonan