UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO.<br>3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 4, 2008 |

## DEFENDANT'S SUPPLEMENTAL WITNESS LIST

In addition to the witnesses previously identified, defendant may call Jeff Barry, Lucas Howland, Jeff Withers and Phyllis Somerville as witnesses in this matter.

THE DEFENDANT
YALE UNIVERSITY

By *Patrick M. Noonan*
Patrick M. Noonan (ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was e-mailed, on the above-written date, to:

John R. Williams, Esquire
jrw@johnrwilliams.com

_____
Patrick M. Noonan