UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 10, 2008 |

## DEFENDANT'S PROPOSED INTERROGATORIES

The answers should be completed on this form in writing by the foreperson. Just as the jury must be unanimous in reaching its verdict, you must also be unanimous in your answers to each of these questions. The questions must be answered in the order in which they are listed.

## DISCRMINATION ON THE BASIS OF GENDER

1. Did the plaintiff prove by a preponderance of the evidence that she was qualified to continue into her second year at the Yale University School of Drama and was nevertheless dismissed?

   Yes _____                                         No _____

   **If you answer no, then you must enter a verdict for the defendant on the gender discrimination claim brought under Title IX. If you answer yes to question number 1, proceed to answer the next question.**

DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO 415438

2. Did the plaintiff prove by a preponderance of the evidence that her dismissal from the Yale University School of Drama arose under circumstances giving rise to an inference of discrimination by the Drama School faculty based on gender?

Yes_____                                        No_____

**If you answer no, then you must enter a verdict for the defendant on the gender discrimination claim brought under Title IX. If you answer yes to question number 2, proceed to answer the next question.**

3. Has the defendant articulated a legitimate, non-discriminatory reason for its actions in connection with the dismissal?

Yes_____                                        No_____

**Proceed to the next question.**

4. Did the plaintiff prove by a preponderance of the evidence that the Drama School faculty's articulated reason for deciding to dismiss the plaintiff was false and that the real reason was discrimination based on gender?

Yes_____                                        No_____

**If you answer no, then you must enter a verdict for the defendant on the gender discrimination claim brought under Title IX. If you answer yes to question number 4, proceed to answer the next question.**

5. Has the plaintiff proven by a preponderance of the evidence that she suffered economic loss as a result of her dismissal based on gender discrimination?

Yes_____                                        No_____

**If you answer no, do not answer the next question, but proceed to the "Hostile Education Environment" claim. If you answer yes to question number 5, proceed to answer the next question.**

6. State the amount of economic damages the plaintiff has proven by a preponderance of the evidence that she suffered as a result of gender discrimination.

$_____

## HOSTILE EDUCATION ENVIRONMENT

1. Did the plaintiff prove by a preponderance of the evidence that she endured sexual harassment that would be considered objectively offensive by the average, reasonable drama student at the graduate level?

Yes _____      No _____

**If you answer no, then you must enter a verdict for the defendant on the hostile education environment claim brought under Title IX. If you answer yes to question number 1, proceed to answer the next question.**

2. Did the plaintiff prove by a preponderance of the evidence that she endured sexual harassment that was so severe that it deprived her of access to the educational benefits provided by Yale University?

Yes _____      No _____

**If you answer no, then you must enter a verdict for the defendant on the hostile education environment claim brought under Title IX. If you answer yes to question number 2, proceed to answer the next question.**

3. Did the plaintiff prove by a preponderance of the evidence that she endured sexual harassment that was so pervasive that it deprived her of access to the educational benefits provided by Yale University?

Yes _____      No _____

**If you answer no, then you must enter a verdict for the defendant on the hostile education environment claim brought under Title IX. If you answer yes to question number 3, proceed to answer the next question.**

4.  Did the plaintiff prove by a preponderance of the evidence that Yale University had actual knowledge of the sexual harassment endured by the plaintiff?

    Yes _____              No _____

**If you answer no, then you must enter a verdict for the defendant on the hostile education environment claim brought under Title IX. If you answer yes to question number 4, proceed to answer the next question.**

5.  Did the plaintiff prove by a preponderance of the evidence that Yale University was deliberately indifferent to the sexual harassment endured by the plaintiff?

    Yes _____              No _____

**If you answer no, then you must enter a verdict for the defendant on the hostile education environment claim brought under Title IX. If you answer yes to question number 5, proceed to answer the next question.**

6.  Has the plaintiff proven by a preponderance of the evidence that she suffered economic loss as a result of the sexual harassment she endured?

    Yes _____              No _____

**If you answer no, do not answer the next question, but proceed to the "Retaliation" claim. If you answer yes to question number 6, proceed to answer the next question.**

7.  State the amount of economic damages the plaintiff has proven by a preponderance of the evidence that she suffered as a result of the sexual harassment she endured.

    $ _____

## RETALIATION

1.  Did the plaintiff prove by a preponderance of the evidence that the Drama School faculty dismissed her from the School of Drama because she complained that she had been discriminated against because of her gender?

    Yes _____                                     No _____

**If you answer no, then you must enter a verdict for the defendant on the retaliation claim brought under Title IX. If you answer yes to question number 1, proceed to answer the next question.**

2.  Has the plaintiff proven by a preponderance of the evidence that she suffered economic loss as a result of being dismissed from the Drama School because she complained that she had been discriminated against because of her gender?

    Yes _____                                     No _____

**If you answer no, do not answer question number 3. If you answer yes to question number 2, proceed to answer the next question.**

3.  State the amount of economic damages the plaintiff has proven by a preponderance of the evidence that she suffered as a result of being dismissed from the Drama School because she complained that she had been discriminated against because of her gender.

    $ _____

THE DEFENDANT,
YALE UNIVERSITY


By _____/s/_____
Patrick M. Noonan (ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
203-458-9168
pnoonan@ddnctlaw.com


**CERTIFICATION**

This is to certify that a copy of the foregoing was e-mailed on the above-written date,

to:

John R. Williams, Esquire
jrw@johnrwilliams.com


_____/s/_____
Patrick M. Noonan