UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 10, 2008 |

### DEFENDANT'S MOTION IN LIMINE

The defendant moves to preclude the plaintiff from testifying about her anticipated lifetime earnings had she graduated with a degree from the Yale University School of Drama on the grounds that the testimony is speculative, the plaintiff lacks sufficient expertise to testify on the subject, and the plaintiff failed to list any expert to testify on the subject.

THE DEFENDANT,
YALE UNIVERSITY

By _____
Patrick M. Noonan (ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
203-458-9168
pnoonan@ddnctlaw.com

DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL.: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO 415438

## CERTIFICATION

This is to certify that a copy of the foregoing was e-mailed on the above-written date, to:

jrw@johnrwilliams.com

_____
Patrick M. Noonan