UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 11, 2008 |

**PLAINTIFF'S PRELIMINARY OBJECTION TO DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

  The defendant has asked the court to charge the jury, in part, as though this were a case of employment discrimination based on sex. It is not. As a result of this court's earlier rulings, this is a Title IX case and nothing else. Moreover, it is a Title IX case based on retaliation for complaining about a sexually hostile environment. The retaliation which the plaintiff alleges consisted of placing her on probation almost immediately after she complained about the harassment and in keeping her on that probation throughout the remainder of her time at Yale Drama School, culminating in her expulsion at the end of the first year. Instructions about any other principles of the law of education or the law of discrimination would be irrelevant and confusing to the jury. Moreover, this case is not about "educational malpractice" and any instructions about concepts considered by the state courts of Connecticut in such cases as <u>Gupta v. New Britain General Hospital</u>, 239 Conn. 574, 687 A.2d 111 (1996), also would be both irrelevant and needlessly confusing to the jury.

1

Accordingly, the plaintiff objects to the Defendant's Proposed Jury Instructions set forth on pages 3, 4, 5, 6 and 9.  The plaintiff further reserves her right to object to specific proposed wording on other pages thereof, to be discussed in greater detail at the charging conference or at such other time as the court may deem appropriate.  For the same reasons, the plaintiff objects to Defendant's Proposed Jury Interrogatories as set forth at pages 1 through 4.  Moreover, the proposed instructions set forth at page 5 of the defendant's proposal are deficient because they focus only on the plaintiff's expulsion and not on her probation which is the primary retaliation that she alleges in this action.

                THE PLAINTIFF

                BY:_____/s/_____
                    JOHN R. WILLIAMS (ct00215)
                    51 Elm Street
                    New Haven, CT 06510
                    203.562.9931
                    Fax:  203.776.9494
                    jrw@johnrwilliams.com
                    Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/<br>JOHN R. WILLIAMS