UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2008 SEP 10  A 11: 0

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SALLY GREENHOUSE          :

    Plaintiff          :          CIVIL ACTION NO.
                       3:05 CV 01429 (AHN)

vs.          :

YALE UNIVERSITY          :

    Defendant          :          SEPTEMBER 8, 2008

## WITHDRAWAL OF DEFENDANT'S EXHIBIT FROM LISTED EXHIBITS

The defendant hereby gives notice that it does not plan to offer in evidence Exhibit B, which was listed in error. The defendant further believes that this exhibit is not admissible.

THE DEFENDANT
YALE UNIVERSITY

By _____
Patrick M. Noonan  (ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
203-458-9168

DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Patrick M. Noonan