UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 11, 2008 |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBITS

The defendant hereby objects to the plaintiff's exhibits as follows:

| Exhibit No. | Ground for Objection |
|---|---|
| Exhibit 1 | Hearsay and irrelevant |
| Exhibit 4 | Irrelevant (The defendant acknowledges that certain portions might be relevant, but only those portions should be admitted.) |
| Exhibit 6 | Hearsay, irrelevant and incomplete (Defendant would have no objection if the exhibit included the e-mail from the plaintiff to Ms. Treem which immediately preceded the e-mail listed in the exhibit.) |
| Exhibit 7 | Hearsay and irrelevant |
| Exhibit 9 | Irrelevant |
| Exhibit 12 | Hearsay, irrelevant and improper opinion |
| Exhibit 13 | Irrelevant (There is no allegation in the complaint about health coverage.) |
| Exhibit 14 | Hearsay, irrelevant and improper opinion |

                THE DEFENDANT
                YALE UNIVERSITY


By _____/s/_____
        Patrick M. Noonan  (ct00189)
        Donahue, Durham & Noonan, P.C.
        741 Boston Post Road
        Guilford, CT 06437
        203-458-9168

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on the above-written date, to:

John R. Williams, Esquire
jrw@johnrwilliams.com

_____/s/_____<br>Patrick M. Noonan