TOTAL TIME: 3 hours 45 minutes
HONORABLE: AHN
DEPUTY CLERK: Jaiman   RPTR/ERO/TAPE: Baldwin

DATE 9/12/08   START TIME 9:30   END TIME 1:15
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Sally Greenhouse   CIVIL NO. 3:05CV1429
vs.
Yale University

John Williams
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Patrick Noonan
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- ☐ ☐ Call of the Calendar held   ☐ Call of the Calendar over to ___
- ☒ ☒ Jury Selection held   ☐ Jury Selection continued until ___
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ # Motion ___   ☐ granted ☐ denied ☐ advisement
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☐ ___   ☐ filed ☐ docketed
- ☒ 90 # jurors present
- ☒ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☒ Voir Dire by Court
- ☒ Peremptory challenges exercised (See attached)
- ☒ Jury of 8 drawn (See attached) ☐ and sworn ☐ Jury Trial commences
- ☒ Remaining jurors excused
- ☐ Discovery deadline set for ___
- ☐ Disposition Motions due ___
- ☐ Joint trial memorandum due ___
- ☒ Trial continued until 9/15/08 at 9:00

☒ COPY TO: JURY CLERK