UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| Plaintiff | : | CIVIL ACTION NO.<br>3:05 CV 01429 (AHN) |
| vs. | : | |
| YALE UNIVERSITY | : | |
| Defendant | : | SEPTEMBER 15, 2008 |

## DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, the defendant moves

for judgment as a matter of law. A memorandum of law in support is submitted herewith.

THE DEFENDANT,
YALE UNIVERSITY

By _Patrick M Noonan_

Patrick M. Noonan  (ct00189)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
203-458-9168
pnoonan@ddnctlaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing was hand delivered on the above-written

date, to:

John R. Williams, Esquire
jrw@johnrwilliams.com

Patrick M. Noonan

2