UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SALLY GREENHOUSE | : | |
| | : | |
| VS. | : | NO. 3:05cv1429(AHN) |
| | : | |
| YALE UNIVERSITY | : | SEPTEMBER 9, 2008 |

## **OBJECTIONS TO PROPOSED DEFENSE EXHIBITS**

The plaintiff makes the following objections to the proposed defense exhibits set forth on its Exhibit List dated September 4, 2008:

| | |
|---|---|
| *Exhibit C* | Irrelevant and hearsay |
| *Exhibit G* | Irrelevant |
| *Exhibit H* | Irrelevant |
| *Exhibit I* | Irrelevant |
| *Exhibit J* | Irrelevant |
| *Exhibit L* | Irrelevant |
| *Exhibit M* | Irrelevant and hearsay |
| *Exhibit N* | Incomplete and thus misleading; plaintiff has not been provided with an unredacted copy but it is obvious that this is not a true and accurate copy of the original document. |
| *Exhibit R* | Incomplete and thus misleading; plaintiff has not been |

1

provided with an unredacted copy but it is obvious that this is not a true and accurate copy of the original document.

| | |
|---|---|
| *Exhibit S* | Irrelevant.  See pending Motion in Limine |
| *Exhibit T* | Irrelevant.  See pending Motion in Limine |
| *Exhibit U* | Irrelevant.  See pending Motion in Limine |
| *Exhibit V* | Irrelevant and invades the province of the jury |
| *Exhibit W* | Hearsay document apparently created solely for the purpose of this litigation |

THE PLAINTIFF

BY:_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax:  203.776.9494
jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN R. WILLIAMS