AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __CONNECTICUT__

FILED
2008 SEP 17 P 1:16

SALLY GREENHOUSE

V.

YALE UNIVERSITY

**EXHIBIT AND WITNESS LIST**

Case Number: 3:05CV1429(AHN)

| PRESIDING JUDGE NEVAS | PLAINTIFF'S ATTORNEY JOHN WILLIAMS | DEFENDANT'S ATTORNEY PATRICK NOONAN |
|---|---|---|
| TRIAL DATE (S) 9/15, 16, 17 | COURT REPORTER PAYTON, BALDWIN | COURTROOM DEPUTY JAIMAN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P |   | 9/15/08 |   |   | SALLY GREENHOUSE, North Hampton, MA |
| P |   | 9/16/08 |   |   | SALLY GREENHOUSE, North Hampton, MA |
|   | D | 9/16/08 |   |   | DAVID CHAMBERS, NY **(called by the plaintiff 9/16/08)** |
|   | D | 9/16/08 |   |   | SUSAN ROCHETTE, Woodbridge, CT |
|   | D | 9/16/08 |   |   | ELIZABETH DIAMOND, NY, NY |
|   | D | 9/17/08 |   |   | ELIZABETH DIAMOND,     CONTINUED 9/17/08 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _1_ Pages