AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

**FILED**

SALLY GREENHOUSE

V.

YALE UNIVERSITY

**EXHIBIT AND WITNESS LIST**

2008 SEP 17 P 1:16

Case Number:  3:05CV1429(AHN)

| PRESIDING JUDGE NEVAS | | PLAINTIFF'S ATTORNEY JOHN WILLIAMS | DEFENDANT'S ATTORNEY PATRICK NOONAN | |
|---|---|---|---|---|
| TRIAL DATE (S) 9/15, 16,17 | | COURT REPORTER PAYTON, BALDWIN | COURTROOM DEPUTY JAIMAN | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P | | 9/15/08 | | | SALLY GREENHOUSE, North Hampton, MA |
| P | | 9/16/08 | | | SALLY GREENHOUSE, North Hampton, MA |
| | D | 9/16/08 | | | DAVID CHAMBERS, NY **(called by the plaintiff 9/16/08)** |
| | D | 9/16/08 | | | SUSAN ROCHETTE, Woodbridge, CT |
| | D | 9/16/08 | | | ELIZABETH DIAMOND, NY, NY |
| | D | 9/17/08 | | | ELIZABETH DIAMOND,    CONTINUED 9/17/08 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.