# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT    **FILED**

PLAINTIFF EXHIBIT

2008 SEP 17 P 1:16

GREENHOUSE

V.

YALE UNIVERSITY

## EXHIBIT AND WITNESS LIST

Case Number: 3:05CV1429(AHN)

| PRESIDING JUDGE NEVAS | | PLAINTIFF'S ATTORNEY JOHN WILLIAMS | | | DEFENDANT'S ATTORNEY PATRICK NOONAN |
|---|---|---|---|---|---|
| TRIAL DATE(S) 9/15, 16, 17 | | COURT REPORTER PAYTON, BALDWIN | | | COURTROOM DEPUTY JAIMAN |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 4A | | 9/15/08 | | FULL | SCHOOL DRAMA BULLETIN |
| 4B | | 9/15/08 | | FULL | SCHOOL DRAMA BULLETIN |
| 4C | | 9/15/08 | | FULL | SCHOOL DRAMA BULLETIN |
| 4D | | 9/15/08 | | FULL | SCHOOL DRAMA BULLETIN |
| 2 | | 9/15/08 | | FULL | LETTER FROM MR. WOJEWODSKI |
| 3 | | 9/15/08 | | FULL | LETTER FROM SUSAN ROCHETTE |
| 6 | | 9/15/08 | | FULL | EMAIL FROM PLA TO SARAH TREEM |
| 5 | | 9/15/08 | | FULL | LETTER FROM JAMES BUNDY DATED 9/27/02 |
| 15 | | 9/15/08 | | FULL | PLAINTIFF'S YALE TRANSCRIPTS |
| 8 | | 9/15/08 | | FULL | EMAIL FROM BUNDY TO PLA DATED 3/23/03 |
| 9 | | 9/15/08 | | FULL | EMAIL FROM DIAMOND DATED 5/8/08 |
| 10 | | 9/15/08 | | FULL | LETTER FROM VICTORIA NOLAN TO PLA DATE 5/16/03 |
| 11 | | 9/15/08 | | FULL | LETTER FROM BUNDY TO PLA DATED 5/26/03 |
| 16 | | 9/15/08 | | FULL | EMAIL RE: DUMB GUY |
| 17 | | 9/15/08 | ID | | EMAIL |
| 18 | | 9/15/08 | | FULL | EMAIL FROM J. NICHOLSON TO PLA |
| 19 | | 9/15/08 | | FULL | EMAIL FROM PLA TO STEVEN BYAM |
| 20 | | 9/15/08 | ID | | EMAIL |
| 21 | | 9/15/08 | FULL | | EMAIL FROM PLA TO BYAM DATED 3/28/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

9/17/08

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# PLAINTIFF EXHIBIT LIST
## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | SALLY GREENHOUSE vs. YALE UNIVERSITY | | | CASE NO. 3:05CV1429(AHN) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 28 | | 9/15/08 | ID | | EMAIL FROM PLA TO JIM NICHOLLS DATED 2/17/03 |
| 29 | | 9/16/08 | | FULL | EMAIL DATED 5/19/03 FROM J. NICHOLSON TO PLA |
| 30 | | 9/16/08 | | FULL | EMAIL FROM PLA TO EVAN YIONOULIS DATED 3/28/03 |
| 31 | | 9/16/08 | | FULL | EMAIL FROM PLA TO ELIZABETH DIAMOND |
| 32 | | 9/16/08 | | FULL | EMAIL FROM J. NICHOLSON TO PLA DATED 5/19/03 |
| 33 | | 9/16/08 | | FULL | EMAIL FROM PLA TO STEVEN BYAM |
| 34 | | 9/16/08 | ID | | EMAIL |
| 27 | | 9/15/08 | ID | | EMAIL |
| 21 | | 9/15/08 | | FULL | EMAIL 3/2003 |
| 22 | | 9/15/08 | | FULL | Email |
| 23 | | 9/15/08 | ID | | EMAIL |
| 24 | | 9/15/08 | | | EMAIL |
| 25 | | 9/15/08 | ID | | EMAIL |
| 26 | | 9/15/08 | ID | | EMAIL |
| 27 | | 9/15/08 | | FULL | EMAIL DATED 5/19/03    MISSING DOCUMENT |