# UNITED STATES DISTRICT COURT

DISTRICT OF **CONN. DEFENDANT EXHIBITS**

SALLY GREENHOUSE

V.

YALE UNIVERSITY

**EXHIBIT AND WITNESS LIST**

2008 SEP 17 P 1:16

U.S. DISTRICT COURT

Case Number: 3:05CV1429(AHN)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| NEVAS | JOHN WILLIAMS | PATRICK NOONAN |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/15, 16, 17 | PAYTON | JAIMAN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | F | 9/15/08 | | FULL | EMAIL DATED 10/11/02 FROM PLA TO JAMES BUNDY |
| | D | 9/15/08 | | FULL | UNDATED EMAIL FROM PLA TO JAMES BUNDY DATED |
| | I | 9/15/08 | | FULL | EMAIL TO PLA FROM BUNDY DATED 2/2/03 |
| | P | 9/15/08 | | FULL | 5/15/03 REPORT ON MEETING ON THE DISM/WDRAWL WITH THE PLA |
| | O | 9/15/08 | | FULL | 5/14/03 PREPARATORY NOTES FOR THE DEPT 5/15/03 MEETING W/ PLA |
| | J | 9/15/08 | | FULL | 2/13/03 FROM THE PLA TO JAMES BUNDY |
| | Y | 9/15/08 | | FULL | EMAIL DATED 2/2/02 |
| | H | 9/15/08 | | FULL | EMAIL FROM PLA TO BUNDY DATED 1/31/03 |
| | K | 9/15/08 | | FULL | EMAIL FROM BUNDY TO THE PLA DATED 3/23/03 |
| | T | 9/16/08 | | FULL | REPORT BY THE PROVST COMMITTEE |
| | A | 9/15/08 | | FULL | CONGRATULATION LETTER |
| | Q | 9/15/08 | | FULL | |
| | G | 9/16/08 | | FULL | EMAIL FROM LIZ DIAMOND DATED 11/7/02 |
| | Z | 9/16/08 | | FULL | EMAIL FROM PLA TO JAMES DATED 2/17/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages