```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


SALLY GREENHOUSE                    :
                                    :
v.                                  :      Civil No. 3:05CV1429(AHN)
                                    :
YALE UNIVERSITY                     :
```

## ORDER

The parties have settled this case in full. The clerk is directed to administratively close the file.

If the parties wish to file a stipulation of dismissal, they may do so on or before October 17, 2008.

SO ORDERED this 17th day of September 2008, at Bridgeport, Connecticut.

```
                         _____/s/_____
                              Alan H. Nevas
                         United States District Judge
```